161 A.3d 763

NEW JERSEY DIVISION OF CHILD PROTECTION AND PER-
MANENCY, PLAINTIFF–MOVANT, v. A.B., DEFENDANT.
IN THE MATTER OF A.F., MINOR.

March 9, 2017

ORDER

It is ORDERED that the motion for leave to file an answering
brief as within time is granted.

161 A.3d 763

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v.
AHARON ATWOOD AND SHALOM MIZRAHI,
DEFENDANTS–RESPONDENTS.

March 9, 2017

ORDER

It is ORDERED that the motion for leave to appeal is granted;
and it is further

ORDERED that the appellant may serve and file a supplemen-
tal brief on or before May 8, 2017, and respondents may serve and
file a supplemental brief forty-five (45) days after the filing of
appellant's supplemental submission, or, if appellant declines to
file such a submission, on or before June 22, 2017.